SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANISA LARRABEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, ET AL.,<br><br>　　　　　Defendants. | Case No.: 2:18-CV-01871-TLN-CKD<br><br>**STIPULATION AND ORDER FOR REMAND TO STATE COURT** |

IT IS HEREBY RESPECTFULLY REQEUSTED AND STIPULATED, by and between the parties hereto, that this case be remanded to state court for the reasons below.

On May 22, 2018, Plaintiff filed a complaint in state court alleging thirteen causes of action, one of which appeared to plead an action under the Family and Medical Leave Act (FMLA). The City of Sacramento timely filed a Notice of Removal to federal court on July 3, 2018. On or about July 16, plaintiff communicated to defendant that plaintiff had no intention of pleading a cause of action under the FMLA, that she would delete all references to the Act, clarify the pleadings, stipulate to the remand state court and allow the defendant 30 days- time to respond to the amended complaint.

*///*

1

With the deletion of all references to the FMLA, the complaint has no other basis for federal court jurisdiction, and it is appropriate to remand the case to the Sacramento County Superior Court.

DATED: July 20, 2018

Respectfully submitted,

SUSANA ALCALA WOOD,
City Attorney

By: /s/ KATHLEEN T. ROGAN
**KATHLEEN T. ROGAN**
Senior Deputy City Attorney
Attorneys for the CITY OF SACRAMENTO

DATED: August 2, 2016

Respectfully submitted,

LAW OFFICES OF RICHARD A. LEWIS

BY: /s/ RICHARD A. LEWIS
**RICHARD A. LEWIS**
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED:

The case is remanded to state court.

DATED: August 10, 2018

Troy L. Nunley
United States District Judge